UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAURICIO WILSON, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Case No. 4:08CV912 JCH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Movant's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that Movant's Application for Certificate of Appealability (Doc. No. 11) is **DENIED**.

Dated this <u>11th</u> day of September, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE