UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MAURICIO WILSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:08CV912 JCH |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court on movant's "motion to correct supervised release" and respondent's second motion to dismiss. The Court has dismissed this action, and the United States Court of Appeals for the Eighth Circuit has affirmed the dismissal. As a result, both motions are moot.

Accordingly,

**IT IS HEREBY ORDERED** that all pending motions are **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 24th Day of July, 2009.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE